UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**
☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Arthur Lewis Sanchez

Alias Name:

Birth Date: 00/00/1965

**Related Case Information**

Superseding Indictment? ☐ Yes ☒ No  If yes, original case number:
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: none

Prior Target Letter Case Number, if any: none

**U.S. Attorney Information**

AUSA  Abram McGull II

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts   1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:841A=NP.F NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE | 2 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)