*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA　　　　　　Date: January 19, 2016

vs.　　　　　　　　　　　　　　　　　　Case No. 15-3123-05-CR-S-RK

ARTHUR SANCHEZ

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Initial Appearance on Indictment

Time Commenced:　9:47 a.m.　　　　　Time Terminated:　9:51 a.m.

APPEARANCES

Plaintiff:　Abram McGull, AUSA　　　Defendant:　N/A

Proceedings:　Defendant appears in person.　Defendant advised of rights and sworn regarding financial affidavit.　Court will appoint counsel to represent defendant.

Defendant appears on writ from another jurisdiction, therefore, he is ineligible for bond at this time. The arraignment and scheduling conference will be set on 1/26/2016 at 9:30 a.m. Defendant remains in custody.

ERO/COURTROOM DEPUTY:　Kerry Schroeppel
USPPTS:　Melissa Potter